**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**VALERIE EATON**                                                                                           **PLAINTIFF**

**v.**                                          **CASE NO. 3:09CV00089 BSM**

**COASTAL ASSET MANAGEMENT**                                                **DEFENDANT**

## ORDER

Plaintiff Valerie Eaton (Eaton) moves for default judgment (Doc. No. 11) against defendant Coastal Asset Management (CAM). For the reasons stated below, Eaton's motion is granted.

Eaton filed her original motion for default judgment on July 20, 2009, (Doc. No. 2), for CAM's failure to respond to the June 8, 2009 complaint (Doc. No. 1). Eaton's motion was denied without prejudice for failing to properly serve CAM.

In her request for Clerk's entry of default (Doc. No. 8), Eaton submitted proof of service on Dana Koprowski, on October 24, 2009, at 1122 Summerview Lane, Huntington Beach, California, 92648. (Exh. A). Service was conducted by certified process server, Krisi Hernandez, 8750 Sepulveda Blvd #171, North Hills, CA. 91343. Eaton's complaint alleges that Dana Kaprowski is President of CAM (Pltf. Compl ¶ 9). Clerk's default was entered on November 24, 2009 (Doc. No. 10). Eaton now renews her motion for entry of default judgment (Doc. No. 11).

Eaton's motion for default judgment should be granted because the record indicates that CAM has been properly served pursuant to Federal Rule of Civil Procedure 4(h).

Accordingly, the motion for default judgment (Doc. No. 11) is granted and judgment is entered for plaintiff Valerie Eaton and against defendant Coastal Asset Management.

IT IS SO ORDERED this 27th day of January, 2010

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE