# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**VALARIE EATON**                                                      **PLAINTIFF**

**V.**                      **3:09CV00089-BSM**

**COASTAL ASSET MANAGEMENT,**                          **DEFENDANT**

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

The parties have settled the plaintiff's claim for damages and this case is hereby DISMISSED WITHOUT PREJUDICE, without costs to either party, and with leave for plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal without prejudice to a dismissal with prejudice.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE